UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER

**FILED**

AUG 2 0 2018

U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By _____ DEPUTY CLERK

United States of America,   Plaintiff(s),

Case No. 1:18-CR-00060-LJO-SKO

v.

Gabriel Damien Cortez,   Defendant(s).

I, __Murdoch Walker II, Esq.__,

attorney for __Gabriel Damien Cortez, Defendant__,

hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $200.00 to the Clerk, U.S. District Court. In support of this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Lowther \| Walker LLC |
| Address: | 101 Marietta St., NW |
| | Suite 3325 |
| City: | Atlanta |
| State: | GA  ZIP Code: 30303 |
| Voice Phone: | ( 843 ) 540-7903 |
| FAX Phone: | ( 866 ) 819-7859 |
| Internet E-mail: | mwalker@lowtherwalker.com |
| Additional E-mail: | mwalker@lowtherwalker.com |
| I reside in City: | Falmouth   State: Maine |

I was admitted to practice in the  State of Georgia (see also 'Admissions' attachment) (court)
on  Oct. 30, 2014  (date). I am presently in good standing and eligible to practice in said court. A certificate of good standing from the court in my state of primary practice is attached to this application. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____
_____
_____.

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: Michael McKneely, Esq.
Firm Name: Michael McKneely, Criminal Defense Lawyer
Address: 2300 Tulare St.
Ste. 115
City: Fresno
State: CA     ZIP Code: 93721-2284
Voice Phone: ( 559 ) 443-7442
FAX Phone: ( 559 ) 860-0150
E-mail: mike@fresnocriminalattorney.com

Dated: 08.19.18     Petitioner: _____

**ORDER**

IT IS SO ORDERED.

Dated: August 20, 2018

/s/ Sheila K. Oberto
JUDGE, U.S. DISTRICT COURT