McGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>GABRIEL CORTEZ,<br><br>                  Defendant. | CASE NO. 1:18-CR-00060-LJO-SKO<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: December 3, 2018<br>TIME: 1:00 p.m.<br>COURT: Hon. Shiela K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status on December 3, 2018.

2.      By this stipulation, defendant now moves to continue the status conference until February 4, 2019, and to exclude time between December 3, 2018, and February 4, 2019, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

      a)      The government has represented that the discovery associated with this case includes several written reports, as well as audio and video recordings. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)      Counsel for defendant desires additional time to review the discovery, explore defenses, and discuss potential resolution with the government.

1          c)        Counsel for defendant believes that failure to grant the above-requested

2    continuance would deny him/her the reasonable time necessary for effective preparation, taking

3    into account the exercise of due diligence.

4          d)        The government does not object to the continuance.

5          e)        The parties believe that they are close to a resolution and anticipate setting the

6    matter for a change of plea before the District Court prior to February 4, 2019.

7          f)        Based on the above-stated findings, the ends of justice served by continuing the

8    case as requested outweigh the interest of the public and the defendant in a trial within the

9    original date prescribed by the Speedy Trial Act.

10         g)        For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

11   et seq., within which trial must commence, the time period of December 3, 2018 to February 4,

12   2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

13   T4] because it results from a continuance granted by the Court at defendant's request on the basis

14   of the Court's finding that the ends of justice served by taking such action outweigh the best

15   interest of the public and the defendant in a speedy trial.

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.


Dated: November 27, 2018

McGREGOR W. SCOTT
United States Attorney


/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney


Dated: November 27, 2018

/s/ MURDOCH WALKER
MURDOCH WALKER
Counsel for Defendant
GABRIEL CORTEZ
(Approved by telephone
11/27/18)


**ORDER**

After careful review of the most recent stipulation to continue the status conference set for December 3, 2018, as well as the entire procedural history of this case, the parties' request to continue the status conference is DENIED.

The stated reason for the continuance is defense counsel's desire for "additional time to review the discovery, explore defenses, and discuss potential resolution with the government." The Court has serious concerns about the lack of progress toward a resolution of this matter and notes that this defendant was indicted and the case was filed on March 22, 2018—more than eight months ago. The Court also notes that there have been four status conferences in this case.

The parties shall meet and confer before the status conference set for December 3, 2018, and

shall be agree on a mutually agreeable trial date that allows defense counsel sufficient time to conduct additional investigation and for the parties to engage in plea negotiations.

IT IS SO ORDERED.

Dated:   **November 28, 2018**                  /s/ *Sheila K. Oberto*

UNITED STATES MAGISTRATE JUDGE