McGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:18-CR-00060-LJO-SKO |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| GABRIEL DAMIAN CORTEZ, | |
| Defendant. | |

WHEREAS, on January 24, 2019, the Court entered a Preliminary Order of Forfeiture, forfeiting to the United States all right, title, and interest of defendant Gabriel Damian Cortez in the following property:

    a. Cobray M-11 9mm pistol with serial number 89-0008015;

    b. Fi Mod-D .380 caliber ACP pistol with serial number CPA025176; and

    c. All associated magazines and ammunition.

AND WHEREAS, beginning on January 25, 2019, for at least thirty (30) consecutive days respectively, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

FINAL ORDER OF FORFEITURE      1

AND WHEREAS, the United States sent direct written notice by certified mail to the following individuals known to have an alleged interest in the above-described property:

    a.    Thomas Arlen Denlinger: A notice letter was sent by certified mail to Thomas Arlen Denlinger at 3100 Prince Valiant Lane, Modesto, CA 95350-1413 on January 24, 2019. The envelope was returned "unclaimed" on March 12, 2019.

AND WHEREAS, the Court has been advised that Thomas Arlen Denlinger has not filed a claim to the subject property and the time for him to file a claim has expired.

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Gabriel Damian Cortez and Thomas Arlen Denlinger.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Federal Bureau of Investigation shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: **May 20, 2019**                     /s/ Lawrence J. O'Neill
                                                          UNITED STATES CHIEF DISTRICT JUDGE