McGREGOR W. SCOTT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GABRIEL DAMIAN CORTEZ,<br><br>Defendant. | CASE NO. 1:18-CR-00060-NONE-SKO<br><br>STIPULATION FOR BRIEFING SCHEDULE REGARDING DEFENDANT'S MOTION FOR COMPASSIONATE RELEASE (18 U.S.C. § 3582(C); [PROPOSED] ORDER<br><br>DATE: TBD<br>TIME: TBD<br>COURT: Hon. Dale A. Drozd |

## BACKGROUND

On April 1, 2019, Defendant Gabriel Damian Cortez was sentenced to 72 months of imprisonment after pleading guilty to being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g). (ECF #34, 35).

On June 4, 2020, Defendant, appearing pro se, moved to modify his prison sentence pursuant to 18 U.S.C. § 3582(c). (ECF #38).

On June 8, 2020, the Court appointed defense counsel to represent Defendant.

Defense counsel is aware that Defendant has sought relief from the Warden of the institution where Defendant is housed. According to defense counsel, Defendant has not yet received a denial from the Warden, and the 30 day exhaustion period under Section 3582(c) will end on June 26, 2020.

Defense counsel requests 14 days from June 26, 2020 to properly research defendant's

motion, obtain records and documents, and prepare the motion. The government requests 14 days to respond to the defendant's motion, to which the Defendant has no objection. Defendant will then have 7 days to file any reply.

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate and request that the Court enter an order setting forth a briefing schedule as set forth below:

| Event | Deadline |
| --- | --- |
| Defendant's Motion | July 10, 2020 |
| Government's Response/Opposition | July 24, 2020 |
| Defendant's Reply (if any) | July 31, 2020 |
| Hearing | TBD |

IT IS SO STIPULATED.

Dated: June 17, 2020

McGREGOR W. SCOTT
United States Attorney

/s/ JEFFREY A. SPIVAK
JEFFREY A. SPIVAK
Assistant United States Attorney

Dated: June 17, 2020

/s/ Daniel Prado
Daniel Prado
Attorney at Law
Counsel for Defendant
GABRIEL DAMIAN CORTEZ

## ORDER

IT IS SO ORDERED.

Dated:  **June 18, 2020**

UNITED STATES DISTRICT JUDGE