DANIEL PRADO, #276065
Conflict Federal Defender
Designated Counsel for Service
210 S. Mooney Blvd. Ste. A
Visalia, CA 93291
danielpradolaw@gmail.com

Attorney for Defendant
GABRIEL CORTEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:18-CR-00060-LJO-SKO |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER |
|  | ) TO CONTINUE BRIEFING DATES |
| GABRIEL CORTEZ, | ) |
| Defendant. | ) |

It is hereby stipulated and agreed to between the United States of America through Jeffrey Spivak, Assistant U.S. Attorney, and defendant Gabriel Cortez, by and through his counsel Daniel Prado, Conflict Federal Defender, that the current briefing schedule in this case be vacated and the following stipulated briefing schedule be put in place:

| Event | Deadline |
|---|---|
| Defendant's Motion | August 14, 2020 |
| Government's Response/Opposition | August 28, 2020 |
| Defendant's Reply (If any) | September 4, 2020 |
| Hearing | TBD |

IT IS SO STIPULATED.

DATED: July 11, 2020                            Respectfully submitted,

                                                DANIEL PRADO
                                                Federal Defender

                                                */s/ Daniel Prado*
                                                DANIEL PRADO
                                                Attorney for Defendant
                                                GABRIEL CORTEZ


DATED: July 11, 2020                            JEFFREY SPIVAK
                                                United States Attorney

                                                */s/ Jeffrey Spivak*
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

**O R D E R**

IT IS SO ORDERED.

Dated:  **July 11, 2020**                       _____
                                                UNITED STATES DISTRICT JUDGE