DANIEL PRADO, #276065
Conflict Federal Defender
Designated Counsel for Service
210 S. Mooney Blvd. Ste. A
Visalia, CA 93291
danielpradolaw@gmail.com

Attorney for Defendant
GABRIEL CORTEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>　v.<br>GABRIEL CORTEZ,<br>　　　　　　Defendant. | No. 1:18-CR-00060-NONE-SKO<br><br>STIPULATION AND ORDER<br>TO CONTINUE BRIEFING DATES |

　　　　1.　　Defendant Gabriel Cortez filed a motion for reduction in sentence and compassionate release on August 14, 2020. Docket No. 45 The government filed it's opposition on September 11, 2020.  Docket No. 48.  Defense Counsel requests additional time to obtain records and draft the reply brief.

　　　　2.　　Government Counsel does not oppose this request.

3.   Accordingly, by this stipulation, the parties now request that Defendant's reply will be due on October 1, 2020.

IT IS SO STIPULATED.

DATED: September 17, 2020

*/s/ Daniel Prado*
DANIEL PRADO
Counsel for Defendant


McGregor W. Scott
United States Attorney

DATED: September 17, 2020

/s/*Jeffrey A. Spivak*
JEFFREY A. SPIVAK
Assistant United States Attorney

**ORDER**

Pursuant to the stipulation of the parties, the Defendant's reply to the government's opposition is due on October 1, 2020.

IT IS SO ORDERED.

Dated:   **September 17, 2020**

UNITED STATES DISTRICT JUDGE