IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GABRIEL DAMIAN CORTEZ,<br><br>Defendant. | Case №: 1:18-cr-00060-TLN<br><br>**O R D E R<br>APPOINTING COUNSEL** |

The Court relieved Ms. Soloman on June 12, 2025. Daniel B. Olmos (CA bar # 235319) has agreed to take over the case. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Daniel B. Olmos is appointed to represent the above defendant in this case effective *nunc pro tunc* to June 16, 2025.

This appointment shall remain in effect until further order of this court.

Date: June 16, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE