Daniel B. Olmos (CA SBN 235319)
NOLAN BARTON OLMOS & LUCIANO, LLP
430 D Street
Davis, CA 95616
Tel. (650) 326-2980
Fax (650) 326-9704

Counsel for Defendant
Gabriel Damian Cortez

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     vs.<br><br>GABRIEL DAMIAN CORTEZ,<br><br>           Defendant. | Case No.: 1:18-cr-00060 TLN<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING** |

   IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Haddy Abouzeid, and Defendant Gabriel Cortez, through his attorney Daniel B. Olmos, that the dispositional hearing on the supervised release violation now set for August 21, 2025, be continued to September 4, 2025.

   Mr. Olmos was appointed by the court to represent Mr. Cortez on June 16, 2025. Mr. Olmos is awaiting medical records, transcripts, and other documents pertaining to Mr. Cortez's case in order to be fully prepared for the dispositional hearing.

//

//

For the foregoing reasons, the parties stipulate to continue the dispositional hearing to September 4, 2025.

IT IS SO STIPULATED.

Dated: August 15, 2025                          NOLAN BARTON OLMOS & LUCIANO, LLP


                                                                                        */s/ Daniel B. Olmos*
                                                                                        Daniel B. Olmos
                                                                                        Attorney for Defendant Gabriel Cortez


Dated: August 15, 2025                          ERIC GRANT
                                                                                       United States Attorney

                                                                                       By:  */s/ Haddy Abouzeid*
                                                                                      Haddy Abouzeid
                                                                                      Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GABRIEL DAMIAN CORTEZ,<br><br>　　　　　Defendants. | Case No.: 1:18-cr-00060 TLN<br><br>**ORDER TO CONTINUE HEARING** |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the dispositional hearing scheduled for August 21, 2025, be continued to September 4, 2025, at 9:30 a.m.

DATED: August 15, 2025

_____
Troy L. Nunley
Chief United States District Judge