Daniel B. Olmos (CA SBN: 235319)
NOLAN BARTON OLMOS & LUCIANO, LLP
432 D Street
Davis, CA 95616
(t) 650-326-2980
(f) 650-326-9704
(e) dolmos@nbo.law

Attorney for Defendant
GABRIEL CORTEZ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>GABRIEL DAMIAN CORTEZ,<br><br>Defendant. | Case No.  1:18-cr-060-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Haddy Abouzeid, and Defendant Gabriel Cortez, through his attorney Daniel B. Olmos, that the admit/deny hearing on the alleged violation of supervised release, currently set for April 30, 2026, be continued to May 7, 2026.

This continuance is requested to allow defense counsel additional time to review the petition and to finalize the details of any potential admission.  The parties have confirmed that Probation is available on May 7, 2026.

//

//

//

For the foregoing reasons, the parties stipulate to continue the admit/deny hearing to May 7, 2026.

IT IS SO STIPULATED.

Dated: April 28, 2026    NOLAN BARTON OLMOS & LUCIANO, LLP

             */s/ Daniel B. Olmos*

             Daniel B. Olmos
             Attorney for Defendant Gabriel Cortez

Dated: April 28, 2026    ERIC GRANT
             United States Attorney

             */s/ Haddy Abouzeid*

             Haddy Abouzeid
             Assistant United States Attorney

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.  1:18-cr-060-TLN |
| Plaintiff, | **ORDER TO CONTINUE HEARING** |
| v. | |
| GABRIEL DAMIAN CORTEZ, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the admit/deny hearing scheduled for April 30, 2026, be continued to May 7, 2026, at 9:30 a.m.

Dated: April 28, 2026

_____
Troy L. Nunley
Chief United States District Judge