Daniel B. Olmos (CA SBN: 235319)
NOLAN BARTON OLMOS & LUCIANO, LLP
432 D Street
Davis, CA 95616
(t) 650-326-2980
(f) 650-326-9704
(e) dolmos@nbo.law

Attorney for Defendant
GABRIEL CORTEZ

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>GABRIEL DAMIAN CORTEZ,<br><br>Defendant. | Case No.  1:18-cr-060-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING** |

IT IS HEREBY STIPULATED AND AGREED between the Government, through Assistant United States Attorney Cynthia De Silva, and Defendant Gabriel Cortez, through his attorney Daniel B. Olmos, that the dispositional hearing on the violation of supervised release, currently set for July 9, 2026, be continued to August 27, 2026.

The dispositional hearing was originally scheduled for July 2, 2026.  Due to a conflict with the Court's schedule, the hearing was reset to July 9, 2026.  This continuance is requested because defense counsel will be out of the country on July 9.

//

//

//

For the foregoing reasons, the parties stipulate to continue the dispositional hearing to August 27, 2026.

IT IS SO STIPULATED.

Dated:  July 8, 2026                              NOLAN BARTON OLMOS & LUCIANO, LLP

                                                 */s/ Daniel B. Olmos*
                                                 Daniel B. Olmos
                                                 Attorney for Defendant Gabriel Cortez

Dated:  July 8, 2026                              ERIC GRANT
                                                 United States Attorney

                                                 */s/ Cynthia De Silva*
                                                 Cynthia De Silva
                                                 Assistant United States Attorney

---

United States v. Cortez                          2                    Stipulation and
Case No. 1:18-cr-060-TLN                                              Order to Continue Hearing

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.  1:18-cr-060-TLN |
| Plaintiff, | |
| v. | **ORDER TO CONTINUE HEARING** |
| GABRIEL DAMIAN CORTEZ, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, and pursuant to stipulation by the parties, it is hereby ordered that the dispositional hearing scheduled for July 9, 2026, be continued to August 27, 2026, at 9:30 a.m.

Dated: July 8, 2026

_____

Troy L. Nunley
Chief United States District Judge