Daniel B. Olmos (CA SBN: 235319)
NOLAN BARTON OLMOS & LUCIANO, LLP
432 D Street
Davis, CA 95616
(t) 650-326-2980
(f) 650-326-9704
(e) dolmos@nbo.law

Attorney for Defendant
GABRIEL CORTEZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>GABRIEL DAMIAN CORTEZ,<br><br>Defendant. | Case No. 1:18-cr-060-TLN<br><br>**ORDER TO FILE THE REQUEST TO SEAL DOCUMENTS AND EXHIBIT B TO THE DECLARATION OF DANIEL B. OLMOS IN SUPPORT OF DEFENDANT'S SENTENCING MEMORANDUM UNDER SEAL** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that defendant Gabriel Damian Cortez's Request to Seal Documents is GRANTED.

Defendant Cortez's Request to Seal Exhibit B to the Declaration of Daniel B. Olmos In Support of Defendant's Sentencing Memorandum, the Request to Seal Documents, shall be filed under seal.

DATED: August 24, 2026

Troy L. Nunley
Chief United States District Judge